IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO MOLINA, JR., | 1:07-CV-0522 AWI WMW PC |
|     Plaintiff, | |
|   vs. | ORDER VACATING ORDER OF MAY 8, 2007 |
| JEFFREY WRIGLEY, et al., | (DOCUMENT #6) |
|     Defendants. | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to <u>Bivens vs. Six Unknown Agents</u>, 403 U.S. 388 (1971).

On May 8, 2007, the court issued an order entitled "Order Directing Payment of Inmate Filing Fee," directing the Warden of the California City Correctional Center, California City, California to send payments to the court from plaintiff's inmate trust account for the $350.00 statutory filing fee for this action. Due to the fact that plaintiff is housed at the Taft Correctional Institute (TCI), the court shall vacate its order of May 8, 2007, entitled "Order Directing Payment of Inmate Filing Fee," and direct the Warden of the California City Correctional Center, California City, California, to disregard the court's order of May 8, 2007.

**Accordingly, IT IS HEREBY ORDERED that:**

**1.      The court's order of May 8, 2007, entitled "Order Directing Payment of Inmate Filing Fee," is VACATED in its entirety;**

**2.      The California City Correctional Center, California City, California may disregard the court's order of May 8, 2007;  and**

**3.      The Clerk of Court shall serve a copy of this order on:**

  **(1)      the Warden of the California City Correctional Center, P. O. Box 2590, California City, California 93504;**

  **(2)      the Financial Department, U.S. District Court, Eastern District of California, Fresno Division, 2500 Tulare Street, Suite 1501, Fresno, California 93721.**

IT IS SO ORDERED.

**Dated:     May 22, 2007**          /s/  William M. Wunderlich
                                      UNITED STATES MAGISTRATE JUDGE